# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-20615
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

July 18, 2014

Lyle W. Cayce
Clerk

JONAS MALM,

Plaintiff-Appellant

v.

CORRECTION CORPORATION OF AMERICA; HOUSTON PROCESSING
CENTER CCA,

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CV-2756

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Jonas Malm appeals the district court's denial of his motion for a temporary restraining order (TRO) and preliminary injunction. In his motion, Malm sought to restrain Corrections Corporation of America (CCA) from involving itself in his then-pending immigration case. He also requested that

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-20615

the district court order CCA to provide him with immigration statutes and to not retaliate against or harass him.

Malm was released from CCA custody while this appeal was pending. Accordingly, to the extent that he seeks injunctive relief or specific performance to remedy his conditions of confinement, his claims are moot. *See Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001). Additionally, we lack jurisdiction to consider Malm's challenge to the denial of his request for a TRO. *See Faulder v. Johnson*, 178 F.3d 741, 742 (5th Cir. 1999).

As Malm's appeal is now moot, it must be DISMISSED for want of jurisdiction.